IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

> ACKNOWLEDGED. Case is
> dismissed without prejudice.
> DATED: Oct 16, 2025
>
> _____
> RICHARD L. YOUNG, JUDGE
> United States District Court
> Southern District of Indiana

IN RE: COOK MEDICAL, INC., IVC
 FILTERS MARKETING, SALES PRACTICES        Case No. 1:14-ml-2570-RLY-TAB
AND PRODUCTS LIABILITY LITIGATION          MDL No. 2570

This Document Relates to Plaintiff(s)

Joseph McGuire

Civil Case #: 1:21-cv-06435

## NOTICE OF VOLUNTARY DISMISSMAL

COMES NOW, Plaintiff, Joseph McGuire, by and through the undersigned counsel, hereby

respectfully gives notice of the voluntary dismissal of the above-styled lawsuit as to all

defendants, in this particular Civil Action No. 1:21-cv-06435 filed on May 13, 2021.


Date: August 22, 2025.


Respectfully submitted,

**TAUTFEST BOND, PLLC**
/s/ Monte Bond
Monte Bond, (TX Bar 02585625)
5473 Blair Rd, Suite 2000 Dallas,
TX 75231
Telephone: (214) 617-9980
Facsimile: (214) 853-4281
mbond@tbtorts.com
*Attorneys for Plaintiff*